United States District Court
Southern District of Texas
**ENTERED**
February 27, 2023
Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| **ROBERT OBRIEN,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:20-CV-04084 |
| § | |
| **THE METHODIST HOSPITAL,** § | |
| § | |
| Defendant. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Motion for Summary Judgment filed by Defendant Methodist Hospital (ECF No. 45). On December 23, 2022, United States Magistrate Judge Dena Hanovice Palermo issued a Report and Recommendation ("R&R") in this case, recommending that the motion be granted (ECF No. 64). Plaintiff Robert O'Brien filed Objections (ECF No. 65), and Methodist responded (ECF No. 70).

As required by 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the portions of the R&R to which the O'Brien objected. However, the Court agrees with the conclusions, and the reasoning, of the R&R. Accordingly, the Court hereby **ADOPTS** the R&R and **GRANTS** Methodist's Motion for Summary Judgment.

**IT IS SO ORDERED.**

Signed at Houston, Texas on February 24, 2023.

Keith P. Ellison
United States District Judge