United States District Court
Southern District of Texas
**ENTERED**
March 06, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **ROBERT OBRIEN,** § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. 4:20-CV-04084 |
| § § | |
| **THE METHODIST HOSPITAL,** § § | |
| Defendant. § | |

# FINAL JUDGMENT

Plaintiff Robert Obrien brought this suit against Defendant Methodist Hospital. Methodist moved for summary judgment. ECF No. 45. Judge Palermo issued a Report and Recommendation (R&R) recommending that the Court grant the Motion, ECF No. 64, and the Court adopted the R&R and granted summary judgment to Methodist. ECF No. 77.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth in the R&R and this Court's prior Order, ECF Nos. 64, 77, final judgment is hereby **ENTERED** for Defendant Methodist Hospital.

  **IT IS SO ORDERED.**

Signed at Houston, Texas on March 6, 2023.

_____
Keith P. Ellison
United States District Judge